# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>595 PARK AVENUE, LLC,<br><br>    Defendant. | Case No. 21-cv-01440-EJD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Scott Johnson filed the present action on March 1, 2021. Dkt. No. 1. Pursuant to General Order 56, the parties' last day to conduct a joint site inspection was April 30, 2021 and Plaintiff's last day to file a notice of need for mediation was June 25, 2021. Dkt. No. 5. Plaintiff did not file a notice of need for mediation, nor did Plaintiff seek relief from the June 25, 2021 deadline.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Plaintiff is directed to file a written response to this order by **July 26, 2021** and to appear before the Court on **August 5, 2021, at 10:00 a.m.** and show cause why this action should not be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). If Plaintiff fails to file a written response by the above deadline, the Court will dismiss the

///

///

///

Case No.: 21-cv-01440-EJD
OSC WHY ACTION SHOULD NOT BE DISMISSED
1

action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: 7/13/2021

EDWARD J. DAVILA
United States District Judge